IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | DATE FILED: |
| NICHOLAS PENTZ<br>   a/k/a "Red Beard" | : | VIOLATIONS:<br>21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A)<br>(conspiracy to distribute controlled substances – 1 count)<br>21 U.S.C. § 841(a)(1), (b)(1)(C)<br>(distribution of controlled substances – 2 counts)<br>18 U.S.C. § 922(a)(1)(A) (dealing in firearms without a license – 1 count)<br>18 U.S.C. § 2 (aiding and abetting) |

## INFORMATION

### COUNT ONE

**THE UNITED STATES ATTORNY CHARGES THAT:**

From in or about March of 2022 through on or about June 10, 2022, in Levittown, Pennsylvania, in the Eastern District of Pennsylvania, and elsewhere, defendant

**NICHOLAS PENTZ,**
**a/k/a "Red Beard,"**

conspired and agreed with B.M., J.L., M.R., and others known and unknown to the United States Attorney, to knowingly and intentionally distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A).

### MANNER AND MEANS

It was part of the conspiracy that:

1. Defendant NICHOLAS PENTZ obtained distribution quantities of

methamphetamine from J.L. and other sources.

  2.  Defendant NICHOLAS PENTZ sold methamphetamine to customers and provided methamphetamine to M.R., B.M., and others for resale to users.

## OVERT ACTS

In furtherance of the conspiracy, and to accomplish its objects, the defendant NICHOLAS PENTZ and others known and unknown to the United States Attorney, committed the following overt acts, among others, in the Eastern District of Pennsylvania and elsewhere:

  1.  On or about May 2, 2022, defendant NICHOLAS PENTZ obtained methamphetamine from J.L. and provided methamphetamine to M.R. for sale to an end user. M.R. then sold approximately 19.5 grams of methamphetamine to an undercover Pennsylvania State Trooper.

  2.  On or about May 18, 2022, defendant NICHOLAS PENTZ, using Facebook messaging, offered to sell firearms and methamphetamine to a Confidential Source ("CS").

  3.  On or about May 23, 2022, defendant NICHOLAS PENTZ exchanged text messages with CS in which he agreed to sell methamphetamine to CS.

  4.  On or about May 23, defendant NICHOLAS PENTZ sold approximately 11.24 grams of methamphetamine to CS.

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

1. On or about May 2, 2022, in Levittown, in the Eastern District of Pennsylvania, defendant

**NICHOLAS PENTZ,**
**a/k/a "Red Beard,"**

knowingly and intentionally distributed, and aided and abetted the distribution of, a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT THREE

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

1. On or about May 23, 2022, in Levittown, in the Eastern District of Pennsylvania, defendant

**NICHOLAS PENTZ,**
**a/k/a "Red Beard,"**

knowingly and intentionally distributed a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

## COUNT FOUR

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

From in or about March of 2022, through on or about June 10, 2022, in Levittown, in the Eastern District of Pennsylvania, defendant

**NICHOLAS PENTZ**,
a/k/a "Red Beard,"

willfully engaged in the business of dealing in firearms, and aided and abetted the engaging in the business of dealing in firearms, without being licensed to do so under the provisions of Chapter 44, Title 18, United States Code.

In violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D) and 2.

## NOTICE OF FORFEITURE 1

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

1. As a result of the violations of Title 21, United States Code, Section 846 and 841(a)(1), set forth in this information, defendant

**NICHOLAS PENTZ,**
a/k/a "Red Beard,"

shall forfeit to the United States of America:

    a. any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations; and

    b. any property constituting, or derived from, proceeds obtained directly or indirectly from the commission of such offense.

2. If any of the property subject to forfeiture, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853.

## NOTICE OF FORFEITURE 2

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

As a result of the violation of Title 18, United States Code, Section 922(a)(1)(A), set forth in this information, defendant

**NICHOLAS PENTZ**,
**a/k/a "Red Beard,"**

shall forfeit to the United States of America all firearms and ammunition involved in the commission of such violation, including but not limited to:

1. a Smith & Wesson lower receiver, bearing serial number TH31095;
2. an Anderson lower receiver, bearing serial number 17062791;
3. unserialized privately manufactured firearms;
4. multiple rounds of various caliber ammunition;
5. a firearm suppressor; and
6. a machinegun conversion device.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d).

**JACQUELINE C. ROMERO**
**United States Attorney**

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

<u>Criminal Division</u>

THE UNITED STATES OF AMERICA

vs.

NICHOLAS PENTZ,
a/k/a "Red Beard,"

INFORMATION

Counts
21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A)(conspiracy to distribute controlled substances – 1 count)
21 U.S.C. § 841(a)(1), (b)(1)(C)(distribution of controlled substances – 2 counts)
18 U.S.C. § 922(a)(1)(A) (dealing in firearms without a license – 1 count)
18 U.S.C. § 2 (aiding and abetting)

A true bill.

_____
Foreperson

Filed in open court this _____day,
Of _____A.D. 20_____
_____
Foreperson

Bail, $_____